# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In The Matter Of:  In Bankruptcy:

JESUS L. IGROS  Case No. 09-55858-TJT
ROWENA Y. IGROS  Chapter 7
                     Debtor(s)  Hon. THOMAS J. TUCKER
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

    The attached check in the amount of $9.86 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| American Infosource LP<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | 2 | $2.68 |
| Chase Bank USA, NA<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dalls, TX 75374 | 10 | $2.93 |
| Recovery Management System<br>For GE Money Bank<br>Dba Lowes Consumer<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 14 | $4.25 |

                                                                                             **Total: $9.86**

                                                     Respectfully Submitted,

                                                     /s/ Gene R. Kohut_____

Dated: 07/12/2010

21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]